UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. OVERTON, | No. 2:18-cv-2823 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| WARDEN, CALIFORNIA HEALTH CARE FACILITY (C.H.C.F.) et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 7, 2019, the magistrate judge issued findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 4). Plaintiff has not filed objections to the findings and recommendations.[1]

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed

---

[1] The court notes plaintiff has filed a document styled as a "Notice re Mandate for Emergency Release," ECF No. 5, but this document does not contain objections to the findings and recommendations.

1

de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis

    Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations issued January 7, 2019 (ECF No. 4) are ADOPTED in full; and

    2. This action is DISMISSED for failure to obey a court order.  *See* Fed. R. Civ. P. 41(b); and

    3. The clerk of court is directed to close this case.

DATED: April 23, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2